UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-0728-AG (ASx) | Date | August 31, 2016 |
|---|---|---|---|
| Title | JASON ALAN ET AL. v. YOUR MARKETING SOURCE, INC. ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF RESPONSIVE PLEADINGS FROM ANY DEFENDANT

This is now the Court's third time issuing an Order to Show Cause ("OSC") regarding dismissal. Plaintiffs Jason Alan, Robert Bohlke, Joseph Menichiello, and David Vaccaro, individually and on behalf of others similarly situated, sued Defendants Your Marketing Source, Inc., Sam Riemer, and Douglas Powell under the Telephone Consumer Protection Act. (Dkt. No. 1.) Plaintiffs filed the complaint on April 18, 2016, but Defendants have not yet filed any responsive pleadings.

This Court issued an OSC on July 13, 2016, as to why this case should not be dismissed for lack of prosecution. (Dkt. No. 8.) In response, Plaintiffs filed proofs of service (Dkt. Nos. 9–11.) The Court then issued another OSC on July 29, 2016, again as to why this case should not be dismissed for lack of prosecution, this time emphasizing that papers seeking entry of a default or a responsive pleading would be a sufficient response to the OSC. (Dkt. No. 12.)

Instead of filing proper documents seeking a default or defendants filing a responsive pleading, Plaintiffs filed a motion to certify a class. (Dkt. No. 13.) The Court asks Plaintiffs to keep in mind Rule 1 of the Federal Rules of Civil Procedure, which tasks the Court with

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-0728-AG (ASx) | Date | August 31, 2016 |
|---|---|---|---|
| Title | JASON ALAN ET AL. v. YOUR MARKETING SOURCE, INC. ET AL. | | |

securing a "just, speedy, and inexpensive determination of every action and proceeding."

The Court ORDERS Plaintiffs to appear at **9:00 a.m.** on **September 19, 2016** and show cause why this case should not be dismissed for lack of responsive pleadings from any defendant. Alternatively, this OSC may be satisfied if either (a) Plaintiffs file a request for a default by September 15, 2016, or (b) Defendants file a responsive pleading by September 15, 2016.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |