LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON ALAN, ROBERT BOHLKE, JOSEPH MENICHIELLO, AND DAVID VACCARO,** Individually And On Behalf Of All Others Similarly Situated, , <br><br> Plaintiff(s) <br><br> vs. <br><br> **YOUR MARKETING SOURCE, INC. DBA INTERNET LOCAL LISTINGS, INC., SAM RIEMER, DOUGLAS POWELL, AND DOES 1-10, INCLUSIVE AND EACH OF THEM,** <br><br> Defendant. | Case No. 8:16-cv-00728-AG-AS <br><br> **NOTICE OF SETTLEMENT** |

Notice of Settlement - 1

NOW COMES THE PLAINTIFFS by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 14th day of September, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 14th day of September, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andrew J. Guilford
United States District Court
Central District of California

And sent via mail to:

Christine M. Reilly
Eve L. Torres
MANATT, PHELPS & PHILLIPS LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064

This 14th day of September, 2016.

s/Todd M. Friedman
Todd M. Friedman