JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Case No. | SACV 16-0728-AG(ASx) | Date | September 15, 2016 |
|---|---|---|---|
| Title | JASON ALAN, ET AL v YOUR MARKETING SOURCE, INC, ETC, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. DISTRICT COURT JUDGE |
|---|---|

| Lisa Bredahl | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD

On September 14, 2016, counsel for plaintiff filed a "Notice of Settlement". The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by November 18, 2016 The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action. All hearing dates and deadlines in this matter are ordered VACATED.

| | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer: | lmb | | |